**No. 09-9522. William Wilson, Petitioner v. Mississippi.**

560 U.S. 909, 130 S. Ct. 3282, 176 L. Ed. 2d 1191, 2010 U.S. LEXIS 3966.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 21 So. 3d 572.